UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARCUS L HARRISON,

    Plaintiff,

v.

E SMITH et al,

    Defendant.
    _____/

Case Number: CV08-04123 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcus L. Harrison
Pelican Bay State Prison
D3-122 / D SHU
H-54077
P.O.Box 7500
Crescent City, CA 95532

Dated: February 8, 2010

                Richard W. Wieking, Clerk
                By: Tracy Forakis, Deputy Clerk