UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HARRISON, | No. C 08-4123 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| E. SMITH, | |
| Defendant. | |

Defendant's motions to dismiss and for summary judgment are granted. Judgment is entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 8, 2011

_____
SUSAN ILLSTON
United States District Judge